

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DMP
F.#2015R00600

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 9, 2015

By Federal Express

Sean M. Maher, Esq.
Law Office of Sean M. Maher, PLLC
The Woolworth Building
233 Broadway, Suite 801
New York, NY 10279

   Re: United States v. Muhanad Mahmoud al-Farekh
      Criminal Docket No. 15-268 (BMC)

Dear Mr. Maher:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being produced pursuant to the Stipulation and Order entered by the Court on July 24, 2015. This production, bearing Bates numbers MAF0000140 to MAF0000163, supplements the government's July 29, 2015 and August 25, 2015 productions. The government also renews its request for reciprocal discovery from the defendant.

  Specifically, enclosed herewith are the following materials:

- a report concerning a January 2009 VBIED (vehicle borne improvised explosive device) attack in Afghanistan, bearing Bates numbers MAF0000140 to MAF0000141;

- a June 2, 2015 request for examination of the defendant's fingerprints and evidence recovered from the above VBIED attack, bearing Bates numbers MAF0000142 to MAF0000148; and

- a July 31, 2015 report containing the results of a comparison of the defendant's fingerprints with evidence recovered from the above VBIED attack, bearing Bates numbers MAF0000149 to MAF0000162, and

- a DVD, bearing Bates number MAF0000163, containing two video files of the defendant.

Very truly yours,

KELLY T. CURRIE  
Acting United States Attorney

By:    /s/  
Zainab Ahmad  
Richard M. Tucker  
Douglas M. Pravda  
Assistant U.S. Attorneys  
(718) 254-6522/6204/6268

Enclosures

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)