IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA   |

v.   |

  |                          15 Cr. 268 (BMC)

  |                          **NOTICE OF**

MUHANAD AL FAREKH,   |                          **OMNIBUS MOTIONS**

  |

        Defendant.   |

  |

  |

_____

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Sean M. Maher, Esq.,

and all prior papers and proceedings herein, the defendant, MUHANAD AL FAREKH, will

move before the Honorable Brian M. Cogan, United States District Judge for the Eastern District

of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New

York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for

an Order:

1. Suppressing post-arrest statements;

2. Suppressing physical evidence;

3. Suppressing an out-of-court identification;

4. Declining to use an anonymous jury; and

5. Granting such other and further relief as to the Court seems just and proper.

Dated: July 7, 2017
       New York, New York

                                          Respectfully submitted,

SEAN M. MAHER
DAVID A. RUHNKE


BY:


_____/S/_____
SEAN M. MAHER
The Law Offices of Sean M. Maher, PLLC
233 Broadway, Suite 801
New York, NY 10279
(212) 661-5333
(212) 227-5808 fax

2