IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA   |            15 Cr. 268 (BMC)

                               |

v.                               |

                               |          DECLARATION OF

MUHANAD AL FAREKH,       |          SEAN M. MAHER, ESQ.

                               |

                               |

Defendant.                   |

                               |

_____

SEAN M. MAHER, ESQ., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1.     I am a lawyer and I represent defendant Muhanad Al Farekh in the above-captioned case. I make this Declaration in support of Mr. Al Farekh's omnibus motions.

2.     The legal bases for the omnibus motions are set forth in the accompanying Memorandum of Law.

3.     All exhibits attached to the Memorandum of Law are official court documents or documents provided by the government in discovery.

4.     In preparation for the filing of the omnibus motion, I did confer with the government via email. The government, through AUSA Richard Tucker, informed me that it does not intend to introduce any of Mr. Al Farekh's post-arrest statements in its case-in-chief, but reserves "the right to use his statements to impeach and/or in any rebuttal case."

5.     The government also informed me that it does not intend to introduce any evidence concerning identification procedures other than those explored in the Rule 15 deposition of Sufwan Murad.

1

WHEREFORE, it is respectfully requested that the Court grant Mr. Al Farekh the relief he seeks, and for any such other and further relief as to this Court seems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.  Executed July 7, 2017.

_____/S/_____
SEAN M. MAHER
*Counsel for Muhanad Al Farekh*
The Law Offices of Sean M. Maher, PLLC
233 Broadway, Suite 801
New York, NY 10279
(212) 661-5333
(212) 227-5808 fax

2