UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                                         :
UNITED STATES OF AMERICA                                 :
                                                         :
            - against -                                  :        **VERDICT SHEET**
                                                         :
MUHANAD MAHMOUD AL FAREKH,                                :        15 Cr. 268 (S-2) (BMC)
also known as "Abdullah al-Shami," and                   :
"Abdallah al-Shami,"                                      :
                                                         :
                        Defendant.                       :
                                                         :
-------------------------------------------------------- X

1.  On Count 1 (Use of Explosives), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

    Not Guilty _____        Guilty ____X____

        If you have found the defendant MUHANAD MAHMOUD AL FAREKH guilty of Count 1, do you find that the defendant's actions directly or proximately caused personal injury?

        Yes ____X____        No _____

        If you have found the defendant MUHANAD MAHMOUD AL FAREKH guilty of Count 1, do you find that the defendant's actions created a substantial risk of injury to any person?

        Yes ____X____        No _____

2.  On Count 2 (Conspiracy to Commit Murder of United States nationals), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

    Not Guilty _____        Guilty ____X____

3.  On Count 3 (Conspiracy to Use a Weapon of Mass Destruction), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

    Not Guilty _____        Guilty ____X____

4. On Count 4 (Conspiracy to Use a Weapon of Mass Destruction by a United States national), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

   Not Guilty _____          Guilty _____X_____

5. On Count 5 (Conspiracy to Bomb a Government Facility), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

   Not Guilty _____          Guilty _____X_____

6. On Count 6 (Conspiracy to Provide Material Support to Terrorists), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

   Not Guilty _____          Guilty _____X_____

7. On Count 7 (Provision or Attempted Provision of Material Support to Terrorists), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

   Not Guilty _____          Guilty _____X_____

8. On Count 8 (Conspiracy to Provide Material Support to a Foreign Terrorist Organization), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

   Not Guilty _____          Guilty _____X_____

9. On Count 9 (Provision or Attempted Provision of Material Support to a Foreign Terrorist Organization), how do you find the defendant MUHANAD MAHMOUD AL FAREKH?

   Not Guilty _____          Guilty _____X_____

   _____
   Jury Foreperson

Dated: Brooklyn, New York

   09/29/2017
   MM/DD/YYYY